PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Robert Beltran-Rivas**

**Docket No. 0:01CR00146-003(PAM)**

**Petition on Supervised Release**

COMES NOW **Elizabeth M. Callahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Robert Beltran-Rivas** who was sentenced for Possession with Intent to Distribute Methamphetamine and Aiding and Abetting on January 3, 2002, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> The defendant shall participate in a program for drug and/or alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> **General Condition: The defendant shall refrain from any unlawful use of a controlled substance.**

On July 31, 2007, Mr. Beltran submitted a urine sample which tested positive for marijuana. He admitted to use of this controlled substance.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court on August 2, 2007, at 11:00 a.m. to show cause why supervision should not be revoked.

SCANNED
AUG 02 2007
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 1st day of August, 2007, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Elizabeth M. Callahan
U.S. Probation Officer
Telephone: 612-664-5370

Executed on July 31, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

cc: U.S. Attorney's Office
Federal Defender's Office