**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America, Criminal No 01-146 (3)( PAM)

Plaintiff,

v. **ORDER APPOINTING COUNSEL**

Robert Rivas Beltran,

Defendant.

---

---

The Court hereby directs the appointment of the Federal Public Defender's Office as counsel for the above-named Defendant for the limited purpose of representing the Defendant at a supervised release violation hearing scheduled for Thursday, August 2, 2007, @ 11:00 a.m. Courtroom #2, 7th Floor, 180 East Fifth Street, St. Paul, Minnesota before the Honorable Paul A. Magnuson.

Dated: August 1, 2007

PAUL A. MAGNUSON, JUDGE
United States District Court

SCANNED
AUG 02 2007
U.S. DISTRICT COURT ST. PAUL