**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CRIMINAL MINUTES - Zero Tolerance Violation Hearing

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES** |
| | ) | BEFORE: Paul A. Magnuson |
| Plaintiff, | ) | U.S. District Judge |
| | ) | |
| v. | ) | Case No: Criminal 01-146(3) PAM |
| | ) | Date: August 2, 2007 |
| Robert Beltran-Rivas, | ) | Court Reporter: Michelle Skoog |
| Defendant. | ) | Tape Number: |
| | ) | Time Commenced: 11:00 a.m. |
| | | Time Concluded: 11:15 a.m. |
| | | Time in Court: Hours & 15 Minutes |

## APPEARANCES:

Plaintiff: Ann Anaya, Assistant U.S. Attorney
Defendant(s): Manny Atwal for Robert Beltran-Rivas ☒ FPD ☐ CJA ☐ Retained ☐ Appointed

**MINUTES:** Deft admits to violation of supervised release. Defendant is sentenced to 48 hours. Deft to surrender on August 10, 2007 @ 5:00 pm.

Written Order to be submitted.

s/Suzanne M. Ruiz
Signature of Calendar Clerk